UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMEL MONROE,

                       Plaintiff,

   -against-                                                9:06-CV-0144
                                                                         (LEK/DEP)

DAWN MULLEN,

                       Defendant.

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on December 7, 2007, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 28).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Peebles' Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 28) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that this action is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, based upon Plaintiff's failure to prosecute and to comply with this court's orders

1

and local rules of practice.

      **ORDERED**, that the Clerk serve a copy of this Order on all parties.

      **IT IS SO ORDERED**.

DATED:     March 20, 2008
             Albany, New York

                                            Lawrence E. Kahn
                                            U.S. District Judge